**Phenroy DAY, Plaintiff–Appellant,**

v.

**Philip SPRATLEY, III; B. Coleman, Arresting Officer who works for Chief of Police Menetti; B.J. Roberts, Sheriff, Defendants–Appellees,**

and

**City of Hampton; Commonwealth's Attorney's Office; Sheriff's Office, Defendants.**

No. 01–7170.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 29, 2001.

Phenroy Day, pro se.

Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, VA; Samuel Lawrence Dumville, Virginia Beach, VA, for appellees.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Phenroy Day appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Day v. City of Hampton,* No. CA–99–1160–A (E.D. Va. June 14, 2001). We deny Day's motion for appointment of appellate counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*